462 A.2d 205

**In the Matter of the ESTATE of William F. HESS, late of the Borough of Lewistown, Mifflin County, Pennsylvania, Deceased.**

**Appeal of Ruth SEILER.**

Supreme Court of Pennsylvania.

Argued May 22, 1980.

Decided June 18, 1980.

Reargument Denied July 21, 1980.

Kenneth C. Myers, Philadelphia, for appellant.

David A. Goldman, Lewistown, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION

PER CURIAM:

Decree affirmed. Each party to pay own costs.